### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TEENA HARTERT | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:12CV00505  SWW |
| PATRICK R. DONAHOE, in his official | * | |
| capacity as Postmaster General of the | * | |
| United States Postal Service | * | |
| | | |
| Defendant | | |

### ORDER

Before the Court is Plaintiff's motion requesting that this action be dismissed without prejudice (docket entry #17).  Plaintiff reports that Defendant has no objection to dismissal without prejudice but reserves the right to petition for attorney's fees at a later time.  With no objection from Defendant, Plaintiff's motion is GRANTED.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 3RD  DAY OF APRIL, 2013.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE